RECEIVED
IN ALEXANDRIA, LA.

MAR 2 1 2014

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHARLENE GRANT, et al., <br> Petitioner | CIVIL ACTION <br> 1:12-cv-02582 |
| VERSUS | |
| POLICE DEPT. for the CITY OF <br> NATCHITOCHES, et al., <br> Respondent | JUDGE JAMES T. TRIMBLE <br> MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that plaintiffs' complaint against the "unknown employees of the Natchitoches Parish Sheriff's Department" is dismissed without prejudice pursuant to Fed.R.Civ.P. 4(m).

IT IS FURTHER RECOMMENDED that defendants' motions for summary judgment (Docs. 25, 34) are GRANTED, and plaintiffs' Section 1983 and supplemental state law actions against all defendants are DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of March 2014.

_____
JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE